**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      **v.**                                            Case No. 3:04CR68/RV

**PATRICK JOSEPH BOBINGER**
_____/

## ORDER REDUCING SENTENCE

      Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 133) The Government has certified defendant Bobinger's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

      Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED. Accordingly, defendant Bobinger's sentence and judgment entered herein on December 1, 2004, is hereby amended and his sentence of imprisonment is reduced from a term of seventy-two (72) months to a term of thirty-six months (36) months. In all other respects, the defendant's judgment of December 1, 2004 (doc. 126), remains in full force and effect.

      DONE AND ORDERED this 15th day of December, 2006.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON
                                              Senior U.S. District Judge**