Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:04CR68-001/RV

**Patrick Joseph Bobinger**

On December 1, 2004, the above named was placed on Supervised Release for a period of 3 years which term commenced on August 17, 2007. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release.

Respectfully submitted,

Larry J Gibbs
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___5___ day of ___November___, 2009.

Roger Vinson
Senior U.S. District Judge

09 NOV -5 PM 3: 1